# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
1:00 pm Nov 28 2018
Clerk U.S. District Court
Northern District of Ohio
Cleveland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The binance.com on-line bitcoin exchange account associated with the username "lanierlife" or email lanierlife@gmail.com

)
)
)
)
)
)

Case No. 1:18 MJ 9226

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the **Northern** District of **Ohio**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, 841(h)(1)(A), 952(a), and 843(b); and 18 U.S.C. § 1956 | see Attached Affidavit |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Sworn to via telephone after submission by reliable electronic means, Crim. Rules 4.1; 41(d)(3).

Marc Kudley, Postal Inspector, USPIS
*Printed name and title*

Date: 11/28/2018

*Judge's signature*

City and state: Cleveland, Ohio

William H. Baughman, Jr., U.S. Magistrate Judge
*Printed name and title*