# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

All information contained in the account described in Attachment A that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Section 841(a)(1), Distribution of controlled substances; Title 21, United States Code, Section 846, conspiracy or attempt to distribute controlled substances; Title 21, United States Code, Section 841(h)(1)(A), Distribution of controlled substances via the Internet; Title 21 United States Code, Section 952(a), Importation of controlled substances; Title 21, United States Code, Section 843(b), Illegal use of the mail and/or communication facility; and Title 18, United States Code, Section 1956, Money Laundering, including, for the account or identifier listed in Attachment A, information pertaining to the following matters:

(a) The purchase or sale of illegal narcotics including dates, times, identities, quantities and costs;

(b) Amounts and locations of cryptocurrency that represent the profits and/or funds used to facilitate the above offenses;

(c) Digital currency transaction history;

(d) Buyers or seller ratings for the purchase or sale of illegal narcotics;

(e) Records showing the dates and times the accounts were accessed;

(f) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

(g) Encryption keys;

(h) Messages sent between buyers and sellers of illegal narcotics as well as those exchanged with administrators of the Dream Market, Wall Street Market, and

Point / T CHKA Free Market;

(i) The identity of the person(s) who communicated with the user IDs about matters relating to the purchase or sale of illegal narcotics, including records that help reveal their whereabouts;

(j) The identity, whereabouts, associates, and co-conspirators of all known and unknown members of the Elliet Lanier drug trafficking group.

This warrant does not authorize the physical seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of stored wire and electronic information as described above. *See* 18 U.S.C. § 3103a(b)(2).